to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARARAT REALTY CORPORATION v. AMLEHT REALTY CORPORATION and Others.— Motion to dismiss appeal denied, with leave to renew upon the determination of the proceedings pending in the Surrogate's Court, in the matter of the estate of Vahan Z. M. Boyajian, for revocation of letters of administration. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARARAT REALTY CORPORATION v. AMLEHT REALTY CORPORATION and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLOUGHBY H. BUTEAU v. FREDERICK J. NAEGELI.— Motion to dismiss appeal denied, with ten dollars costs, and the affidavit submitted for respondent without proof of service excluded from the files. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MILTON L. STOCKHAMMER v. ALICE STOCKHAMMER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANNA OSIAS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAUL KLAHRE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY BROOKS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. LAFFERTY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KATHERINE VAN VECHTEN MILLER SPEYERS v. JAMES BAYARD SPEYERS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KATHERINE VAN VECHTEN MILLER SPEYERS v. JAMES BAYARD SPEYERS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BORES THOMASHEFSKY v. MICHAEL SAKS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOSEPH POSGAY v. WESTINGHOUSE, CHURCH, KERR & Co., INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOSEPH F. MORTON v. MITCHELL M. FRIEDMAN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

OLIVE RAE SQUIER v. CHARLES BURNHAM SQUIER.— Motion to dismiss appeal granted, with ten dollars costs to the corespondent. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

IDA B. SCHWARTZBERG v. SAMUEL SCHWARTZBERG.— Motion so far as to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed so appeal can be argued on or before February 19, 1926; and that the affidavit submitted for respondent without proof of service be excluded from the files. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CATHERINE GRAY, as Administratrix, etc., v. H. H. VOUGHT & COMPANY and